**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 25-00073-CG** |
| | * | |
| **NIA BRADLEY,** | * | |
| **RANDY BURDEN, and** | * | |
| **STEVE JONES** | * | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

The United States, by and through Sean P. Costello, the United States Attorney for the Southern District of Alabama, files this unopposed motion to continue the sentencing hearing in the above-captioned matter, presently set for July 9, 2026, and any associated sentencing deadlines. As grounds for the motion, the United States avers as follows:

1. The parties need additional time to allow the defendants to obtain the benefit of their plea agreement.

2. Undersigned counsel has conferred with defense counsel for the above-named defendants who do not oppose this motion.

3. The parties request that the sentencing be postponed to a date and time no earlier than mid-October that is convenient for the Court's schedule.

Accordingly, in the interests of justice, the United States respectfully requests this Court postpone the sentencing hearing in the above-captioned case, and any associated sentencing deadlines.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:

*/s/ Kasee S. Heisterhagen*
Kasee S. Heisterhagen
First Assistant United States Attorney
United States Attorney's Office
Southern District of Alabama
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845
kasee.heisterhagen@usdoj.gov